Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Marlene G. Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| In re<br><br>CA RESIDENTIAL OPPORTUNITY FUND, L.P. *dba* CROF 1,<br><br>Debtor. | Case No. 25-30043 DM<br>Chapter 7<br>Hon. Dennis Montali<br><br>[No Hearing Requested] |

**REQUEST FOR ENTRY OF ORDER AUTHORIZING TRUSTEE TO DISMISS APPEAL**

Marlene G. Weinstein, Chapter 7 Trustee of the estate of the above Debtor, hereby requests entry of an order authorizing her to dismiss an appeal the Debtor commenced before it filed its voluntary Chapter 7 petition on January 17, 2025. The appeal arises out of an adverse judgment entered in Marin County Superior Court Case No. CIV1903932 which was commenced by David Lichtenger and a related entity against Brett Thomas Weisel, the Debtor, and related entities.

1. On May 16, 2025, the Trustee served by U.S. Mail on all parties on the Court's Mailing Matrix, and electronically filed as Docket No. 16, her Notice of Trustee's Intent to Dismiss Appeal, as evidenced by the Certificate of Service, Docket No. 17.

2. Also on May 16, 2025, the Trustee filed her Motion for Order Authorizing Trustee to Dismiss Appeal, Docket No. 15.

3. The Notice required, under Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California, that any written objections be filed with the Clerk of the

United States Bankruptcy Court and served on counsel for the Trustee no later than 21 days after service of the Notice.

4. The last day for filing and serving objections was June 6, 2025. Counsel for the Trustee received no objections and none was filed with the Court.

WHEREFORE, the Trustee requests entry of an order authorizing her to dismiss the appeal.

DATED: June 11, 2025 RINCON LAW, LLP

By: */s/Charles P. Maher*
Charles P. Maher
Counsel for Marlene G. Weinstein,
Chapter 7 Trustee