Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Marlene G. Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CA RESIDENTIAL OPPORTUNITY FUND, L.P. *dba* CROF 1,<br><br>Debtor. | Case No. 25-30043 DM<br>Chapter 7<br>Hon. Dennis Montali<br><br>[No Hearing Requested] |

**DECLARATION OF CHARLES P. MAHER**

I, Charles P. Maher, declare as follows:

1. I am an attorney with the law firm Rincon Law, LLP, counsel for Marlene G. Weinstein, Chapter 7 Trustee of the estate of the above Debtor.

2. On May 16, 2025, I caused to be served by U.S. Mail on all parties on the Court's Mailing Matrix and filed as Docket No. 16 the Trustee's Notice of Trustee's Intent to Dismiss Appeal, as evidenced by the Certificate of Service, Docket No. 17.

3. Also on May 16, 2025, I caused to be filed the Trustee's Motion for Order Authorizing Trustee to Dismiss Appeal as Docket Nos. 15.

4. The Notice indicated that, under Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California, if any party wished to object, it was required to do so by filing a written objection with the Clerk of the United States Bankruptcy Court and by serving a copy on me as counsel for the Trustee no later than 21 days from the date on which the Notice was


Case: 25-30043 Doc# 18-1 Filed: 06/11/25 Entered: 06/11/25 03:37:11 Page 1 of 2

served. The last day for filing and serving an objection was June 6, 2025. No objection by any party has been served on me or the Trustee, and no objection appears on the Court's docket.

I declare under penalty of perjury that the above statements are true and that if called as a witness I would testify to their truthfulness. This declaration is executed on the 11th day of June 2025 in San Francisco, California.

*/s/Charles P. Maher*
Charles P. Maher


Case: 25-30043 Doc# 18-1 Filed: 06/11/25 Entered: 06/11/25 03:37:11 Page 2 of 2